# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| THE KNABB PARTNERSHIP, | : | |
| Petitioner, | : | |
| | : | CIVIL ACTION |
| v. | : | No. 17-373 |
| | : | |
| HOME INCOME EQUITY, LLC, | : | |
| Respondent. | : | |

# ORDER

This 19th day of April, upon consideration of Petitioner's Petition to Confirm Partial Final Arbitration Award and for Entry of Final Judgment (Dkt. 1), Respondent's Response, and Counter-Motion to Vacate, Modify, or Correct the Arbitration Award (Dkt. 15), and Petitioners Reply thereto (Dkt. 19), it is **ORDERED** that Respondent's Motion is **DENIED**, Petitioner's Petition is **GRANTED**, and:

1. The Partial Final Award entered by the American Arbitration Association in Case No. 02-15-0005-5199, dated January 23, 2017, is hereby confirmed;

2. Judgment is hereby entered in favor of Petitioner and against Respondent in the amount set forth in the Partial Final Award: $401,402.79; and

3. Respondent and its agents, members, investors, employees, representatives or others in participation with Respondent are permanently enjoined from using, relying upon, copying, preparing derivative works based upon, or otherwise infringing upon directly or indirectly Petitioner's copyrighted design documents.

        /s/ Gerald Austin McHugh
United States District Judge